IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-91-AP**

**WILDEARTH GUARDIANS,**

    Plaintiff,

v.

**KEN SALAZAR, in his official capacity as United States Secretary of the Interior,**

    Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion to Amend the Joint Case Management Plan (Doc. 11), is GRANTED. The deadline for filing objections, or seeking additions, to the Administrative Record is extended from July 2, 2010, to July 30, 2010.

    In addition, counsel is gently reminded that the proper numeric representation of the word "second" in written communication is "2d," not "2cnd."

_____

Dated July 2, 2010.