IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-91-AP**

**WILDEARTH GUARDIANS,**

    Plaintiff,

v.

**KEN SALAZAR, in his official capacity as United States Secretary of the Interior,**

    Defendant.

## JOINT BRIEFING SCHEDULE

The parties to the above captioned case hereby submit the following proposed briefing schedule:

    A. PLAINTIFF shall file its Opening Brief on the Merits by September 3rd 2010.

    B. DEFENDANT shall file his Response Brief by October 8, 2010.

    C. PLAINTIFF shall file its Reply Brief by November 5, 2010.

Additionally, Defendant presently intends to challenge Plaintiff's standing to pursue its claim in this case, challenging in particular, whether Plaintiff's standing declarants properly establish Plaintiff's associational standing and whether Plaintiff's standing declarants have properly established the required injury in fact. In accordance with the Court's instructions to the parties in its orders filed July 26, 2010, and August 5, 2010, in case number 10-cv-00011-JLK (Dkt. Nos. 18, 20), Defendant will, as appropriate, raise this challenge in a motion to dismiss filed after Plaintiff's opening merits brief, and may at that same time seek leave to conduct limited discovery.

DATED this 12th day of August, 2010.

                                      BY THE COURT:

                                      ***s/John L. Kane*** _____
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

____*/s/ Misty Ewegen*_____
**Misty K. Ewegen**
Attorney / Founding Member
Mile High Law Office, LLC
Independence Plaza B-180, #129
1001 Sixteenth St., Denver, CO 80265
Phone Number: 1-800-760-MHLO (6456)
Fax Number: 866-235-2074
Email: misty@milehighlawoffice.com


APPROVED:

____*/s/ Rickey Turner*_____
RICKEY D. TURNER, JR.
Trial Attorney (CO Bar # 38353)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0229
Fax: (202) 305-0275
Email: rickey.turner@usdoj.gov
Attorney for Federal Defendants